```
PIRCHER, NICHOLS & MEEKS
I. BRUCE SPEISER (State Bar Number 60041)
   bspeiser@pircher.com
PAUL TORRES (State Bar Number 240590)
   ptorres@pircher.com
1925 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: 310.201.8900
Facsimile:  310.201.8922

Attorneys for Cross-Defendants
SAFEGUARD SERVICES, LLC and
NORIDIAN ADMINISTRATIVE
SERVICES, LLC
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ARAM DALDUMYAN, an individual, NARINE TORAMANYAN, an individual aka NARINE DALDUMYAN, and DOES 1 through 75, inclusive,<br><br>　　　　Defendants.<br><hr>ARAM DALDUMYAN, an individual, NARINE TORAMANYAN, an individual aka NARINE DALDUMYAN, and WECARE HEALTHCARE, INC dba COMFORT & SAFE MEDICAL SUPPLY, a California corporation,<br><br>　　　　Cross-Complainants,<br><br>　　vs.<br><br>AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation, SAFEGUARD SERVICES, LLC, a limited liability | Case No. CV13-03629 R (JEMx)<br><br>**NOTICE OF MOTION AND MOTION OF CROSS-DEFENDANTS SAFEGUARD SERVICES, LLC AND NORIDIAN ADMINISTRATIVE SERVICES, LLC FOR JOINDER IN REAL PARTY IN INTEREST UNITED STATES' MOTION TO DISMISS AMENDED CROSS-COMPLAINT**<br><br>The Honorable Manuel L. Real<br><br>Hearing Date: July 1, 2013<br>Time: 10:00 a.m.<br>Courtroom: 8 |

1  company state unknown, NORIDIAN ADMINISTRATIVE SERVICES, LLC,
2  a limited liability company state unknown, and DOES 1 through 75,
3  inclusive,
4          Cross-Defendants.
5
6  UNITED STATES OF AMERICA,
        Real Party in Interest.
7

8        TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR
9  COUNSEL OF RECORD:
10        PLEASE TAKE NOTICE that on July 1, 2013, at 10:00 a.m., or as soon after
11  as the matter may be heard, cross-defendants SafeGuard Services, LLC
12  ("SafeGuard") and Noridian Healthcare Solutions, LLC (formerly known as
13  Noridian Administrative Services, LLC) ("Noridian") (collectively, "Medicare
14  Contractor Cross-Defendants") will join in real party in interest United States of
15  America's ("United States" or "Government") Motion to Dismiss, filed on May 28,
16  2013 ("Motion"), and incorporate such Motion and supporting papers herein by
17  reference. *See* Real Party in Interest United States' Notice of Mot. and Mot. to
18  Dismiss First Am. Cross-Compl., ECF No. 4.[1]  As soundly demonstrated by the
19  Government's Motion, cross-complainant Wecare Healthcare Management, Inc. dba
20  Comfort & Safe Medical Supply, a Medicare supplier of durable medical
21  equipment, and its principals Aram Daldumyan and Narine Toramnyan aka Narine
22  Daldumyan (collectively, "Wecare Cross-Complainants") have no standing to
23

---

[1] *Willis v. Maritime Ass'n*, Nos. C–95–4379–VRW, C–95–0628–VRW 1997 WL 488581 (N.D. Cal. Aug. 10, 1997) ("It is a common occurrence for parties to join in the motions of other parties on the same side in a case. . . .  While no local or federal rule specifically provides for this practice, no obvious reason exists for prohibiting it.  If the grounds stated in the motion are applicable to the joining party as well as the moving party, it would be wasteful for them to file separate motions.").

1 pursue their Count Two claims against the Medicare Contractor Cross-Defendants
2 or the United States.  In light of the Wecare Cross-Complainants' failure to exhaust
3 the administrative appeal remedies promulgated by the Department of Health and
4 Human Services, Centers for Medicare & Medicaid Services, the Court has no
5 subject matter jurisdiction to hear their claims.  In addition, Wecare Cross-
6 Complainants' claims are barred because the United States, the real party in interest,
7 has not waived its sovereign immunity as to these claims.[2]  *See* Real Party in Interest
8 United States' Notice of Mot. and Mot. to Dismiss First Am. Cross-Compl., 5, ECF
9 No. 4.

10     As discussed fulsomely in the United States' Motion, Wecare's suit is a
11 transparent attempt to skirt the federal administrative appeals process established for
12 Medicare suppliers by the Social Security Act, 42 U.S.C. § 1395ff, and the Medicare
13 regulations, 42 C.F.R. Part 405, Subpart I.  This administrative appeals process is
14 the exclusive path to remedy for the Wecare Cross-Complainants for denied claims
15 for services provided to Medicare beneficiaries.  *Id.*  Because the Wecare Cross-
16 Complainants failed to exhaust these appeal rights, as demonstrated by the United
17 States's Motion, the Medicare Contractor Cross-Defendants respectfully submit that
18 dismissal is appropriate.

---

[2]  As the United States will ultimately pay any amount found owing under Medicare by way of the Wecare Cross-Complainants' claims, the United States is the real party in interest in this action.  *Anderson v. Occidental Life Ins. Co. of California*, 727 F.2d 855, 856-57 (9th Cir. 1984).

1925 CENTURY PARK EAST, SUITE 1700
LOS ANGELES, CALIFORNIA 90067
TEL 310.201.8900 • FAX 310.201.8922

9092412.1

-3-  CV13-03629 R (JEMx)
NOTICE OF MOTION AND MOTION FOR JOINDER OF CROSS-DEFENDANTS

|   |   |   |
|---|---|---|
| 1 | DATED: May 28, 2013 | PIRCHER, NICHOLS & MEEKS |

By:    /s/ *Paul M. Torres*
      Paul Torres
Attorneys for Cross-Defendants
SAFEGUARD SERVICES, LLC and
NORIDIAN ADMINISTRATIVE
SERVICES, LLC

PIRCHER, NICHOLS & MEEKS
1925 CENTURY PARK EAST, SUITE 1700
LOS ANGELES, CALIFORNIA 90067
TEL 310.201.8900 • FAX 310.201.8922

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1925 Century Park East, Suite 1700, Los Angeles, CA 90067.

On May 28, 2013, I served true copies of the following document(s) described as **NOTICE OF MOTION AND MOTION OF CROSS-DEFENDANTS SAFEGUARD SERVICES, LLC AND NORIDIAN ADMINISTRATIVE SERVICES, LLC FOR JOINDER IN REAL PARTY IN INTEREST UNITED STATES' MOTION TO DISMISS AMENDED CROSS-COMPLAINT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I caused a sealed envelope containing a copy of such document and addressed to each such person listed above to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the practice of Pircher, Nichols & Meeks with respect to the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, items are deposited in a sealed envelope with the United States Postal Service in the ordinary course of business on that same day with postage thereon fully prepaid. Pursuant to such practice, I caused a sealed envelope containing a copy of such document and addressed to each such person to be placed for collection and processing with the United States Postal Service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 28, 2013, at Los Angeles, California.

           /s/ *Paul M. Torres*
Paul Torres

Pircher, Nichols & Meeks
1925 Century Park East, Suite 1700
Los Angeles, California 90067
Tel 310.201.8900 • Fax 310.201.8922

9092412.1

CV13-03629 R (JEMx)

PROOF OF SERVICE

# SERVICE LIST
*American Contractors Indemnity Company v. Aram Daldumyan, et al.*
**CV13-03629 R (JEMx)**

| | |
|---|---|
| Craig P. Bronstein<br>Lanak & Hanna P.C.<br>625 The City Drive, Suite 190<br>Orange, California  92868<br>Tel:   (714) 550-0418<br>Fax:   (714) 703-1610<br>*cpbronstein@lanak-hanna.com* | Attorneys for Plaintiff and Cross-Defendant AMERICAN CONTRACTORS INDEMNITY COMPANY |
| Mary Der-Parseghian<br>Der-Parseghian Law Group<br>4727 Wilshire Boulevard, Suite 301<br>Los Angeles, California  90010<br>Tel:   (323) 937-2727<br>Fax:   (323) 936-2700<br>*mary@marydlaw.com* | Attorneys for Defendants and Cross-Complainants ARAM DALDUMYAN and NARINE TORAMANYAN aka NARINE DALDUMYAN and Cross-Complainant WECARE HEALTHCARE MANAGEMENT, INC. dba COMFORT & SAFE MEDICAL SUPPLY |
| André Birotte, Jr.<br>United States Attorney<br>Leon W. Weidman<br>Assistant United States Attorney<br>Chief, Civil Division<br>Jonathan B. Klinck<br>Assistant United States Attorney<br>Federal Building, Suite 7516<br>300 North Los Angeles Street<br>Los Angeles, California  90012<br>Tel:   (213) 894-8561<br>Fax:   (213) 894-7819<br>*jon.klinck@usdoj.gov* | Attorneys for Real Party in Interest UNITED STATES OF AMERICA |

PIRCHER, NICHOLS & MEEKS
1925 CENTURY PARK EAST, SUITE 1700
LOS ANGELES, CALIFORNIA 90067
TEL 310.201.8900 • FAX 310.201.8922

9092412.1

CV13-03629 R (JEMx)
PROOF OF SERVICE